UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - -x

UNITED STATES OF AMERICA                 :

       - against -                 :        **ORDER**
                                      97-CR-817-5 (DC)

KERRY CLARK,                             :
          Defendant.

- - - - - - - - - - - - - - - - - - -x

**CHIN, Circuit Judge:**

On July 14, 2020, defendant Kerry Clark, proceeding pro se, filed a motion for a sentence reduction pursuant to 18 U.S.C. § 3582(c)(2).  Crim. Dkt. No. 586.  If the United States Attorney's Office for the Southern District of New York opposes Clark's motion, it shall serve and file its opposition by Monday, September 21, 2020.  Clark shall serve and file reply papers, if any, by October 13, 2020.

SO ORDERED.

Dated:    New York, New York
          September 4, 2020

                                    ___s/Denny Chin_____
                                    DENNY CHIN
                                    United States Circuit Judge
                                    Sitting by Designation

To:       United States Attorney's Office, S.D.N.Y.
          One Saint Andrew's Plaza
          New York, NY 10007