```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - -x

UNITED STATES OF AMERICA         :

          - against -             :           ORDER

KERRY CLARK,                      :           97-CR-817-5 (DC)

               Defendant.

- - - - - - - - - - - - - - - - - -x
```

**CHIN, Circuit Judge:**

        Counsel for Kelly Clark filed a motion for compassionate release.  Dkt. No. 603.  It is hereby ORDERED as follows:

        (1)  The Government shall respond to the motion by January 29, 2021; and

        (2)  If Mr. Clark wishes to submit reply papers, he shall do so by February 5, 2021.

        SO ORDERED.

Dated:   New York, New York
         January 15, 2021

                                      ___s/Denny Chin_____
                                      DENNY CHIN
                                      United States Circuit Judge
                                      Sitting by Designation